UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:24-cv-00020-FL

KYLE MORGAN,

    Plaintiff,

vs.

NORTHGATE PROPERTIES, LLC.,

    Defendant.

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT

THIS MATTER is before this Court upon Plaintiff's Motion for Default [ECF 9] and the Court, having reviewed the Motion, the Exhibits and Declaration of David J. Martin, Esq., finds as follows:

1. Defendant Northgate Properties, LLC was served pursuant to Fed. R. Civ. P. 4 on March 21, 2024, as shown by the Affidavit of Service [ECF 8].

2. Under Fed. R. Civ. P. 12, Defendant Northgate Properties, LLC was required to plead or otherwise respond to the Second Amended Complaint by April 11, 2024. The time to plead or otherwise respond to the Second Amended Complaint has not been extended by any agreement of the parties or any orders of this Court.

3. Defendant Northgate Properties, LLC has failed to serve or file a pleading or otherwise respond to the Second Amended Complaint. The applicable time limit for responding to the Second Amended Complaint has expired.

4. Defendant Northgate Properties, LLC is not a minor or incompetent person and is not currently in military service and thus the Servicemembers Civil Relief Act is not

applicable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default is GRANTED.

Entered this  13  day of   August   , 2024

_____
Peter A. Moore, Jr., Clerk of Court